STATE v. HURT

[359 N.C. 840 (2005)]

_____

| STATE | ) |
| | ) |
| v. | ) |
| | ) |
| DAVID FRANKLIN HURT | ) |

ORDER

The following order has been entered on the motion filed on the 2nd day of September 2005 by Attorney General to Stay Issuance of Mandate:

"Motion allowed by order of the Court in conference this the 2nd day of September 2005.

s/Edmunds, J.
For the Court"